IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JULIE DEWAELE, Defendant. | 8:13CR188 ORDER |

Defendant Julie Dewaele appeared before the court on Monday, June 19, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [49]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Gerrard.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Judge Gerrard in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 20, 2017 at 1:00 p.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 19th day of June, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge