IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:13CR188 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JULIE DEWAELE | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Dispositional Hearing (filing 68) is granted.

2. Defendant Julie Dewaele's violation of supervised release hearing is continued to May 17, 2018, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 23rd day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge