IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR188 |
| vs. | ORDER |
| JULIE DEWAELE, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Dispositional Hearing (filing 82) is granted.

2. Defendant Julie Dewaele's violation of supervised release hearing is continued to September 20, 2018, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge