IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR188 |
| vs. | ORDER |
| JULIE DEWAELE, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 86) is granted.

2. Defendant Julie Dewaele's violation of supervised release hearing is continued to November 15, 2018, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of September, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge